UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

ERIC S. BRITTAIN, KAELA MEI-CHEE
CHAMBERS, JOANNA CHRISTINA CORTEZ,
ANTONIO RATTES DE FARIAS, CAITLIN
FERRELL, KATHRYN MILLER, GRACE A.
PHILIPS, BRADLEY M. PITTS, AVA RAVICH,
ANA I. DOW DILVA, JACLYN E. TODD,
DONOVAN TOLLEDO, and RICARDO J.
VARONA, on behalf of themselves and all others
similarly situated,

                Plaintiffs,

    -against-

TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK,

                Defendant.
-------------------------------------------------------------x

20-CV-9194 (PKC)

ORDER

CASTEL, U.S.D.J.

        In reviewing plaintiff's submission dated April 2, 2021 (Doc 28 at Page 22 n.13), the Court notes that plaintiff concedes that the Amended Complaint lacks a plaintiff enrolled in the sound arts program, even though it alleges injury resulting from the absence of in-person education for students in the program. Plaintiff's counsel indicated that plaintiff would amend to add a proper plaintiff "in short order." To date, no amendment has been forthcoming.

        Within fourteen days of this Order, plaintiff shall amend the complaint to add a sound arts plaintiff, or the claims relating to students enrolled in that program will be dismissed without prejudice.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
July 8, 2021