UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ERIC S. BRITTAIN, KAELA MEI-CHEE
CHAMBERS, JULIAN CALLAGHAN,
JOANNA CHRISTINA CORTEZ, ANTHON
SERTEL DEAN, ANTONIO RATTES DE
FARIAS, CAITLIN FERRELL, KATHRYN
MILLER, GRACE A. PHILIPS, BRADLEY M.
PITTS, AVA RAVICH, ANA I. DOW SILVA,
JACLYN E. TODD, DONOVAN TOLLEDO,
and RICARDO J. VARONA, on behalf of
themselves and all others similarly situated,

       Plaintiffs,       20-cv-9194 (PKC)

   -against-          ORDER

TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK,

       Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

  The conference scheduled for Friday August 27th has been rescheduled to Wednesday September 1, 2021 at 2:00 p.m.  It will proceed telephonically.

  Dial in: 1-888-363-4749;

  Access Code: 3667981


  SO ORDERED.

                _____
                P. Kevin Castel
                United States District Judge

Dated: New York, New York
   August 26, 2021