UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ERIC S. BRITTAIN, KAELA MEI-CHEE
CHAMBERS, JULIAN CALLAGHAN,
JOANNA CHRISTINA CORTEZ, ANTHON
SERTEL DEAN, ANTONIO RATTES DE
FARIAS, CAITLIN FERRELL, KATHRYN
MILLER, GRACE A. PHILIPS, BRADLEY M.
PITTS, AVA RAVICH, ANA I. DOW SILVA,
JACLYN E. TODD, DONOVAN TOLLEDO,
and RICARDO J. VARONA, on behalf of
themselves and all others similarly situated,

                Plaintiffs,                        20-cv-9194 (PKC)

      -against-                               ORDER

TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The conference scheduled for February 18, 2022 at 11:30 a.m. is adjourned to Monday, April 18, 2022 at 11:00 a.m.  It will proceed telephonically.

        Dial in: 1-888-363-4749;

        Access Code: 3667981.

        SO ORDERED.

                                                P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
         February 17, 2022