

| | |
|---|---|
| **KARLINSKY LLC**<br>COUNSELLORS AND LITIGATORS<br><br>103 MOUNTAIN ROAD<br>CORNWALL-ON-HUDSON, NY 12520 | MARTIN E. KARLINSKY<br>FOUNDER AND SOLE MEMBER<br>646.437.1430 / 917.623.9102 CELL<br>MARTIN.KARLINSKY@KARLINSKYLLC.COM<br>WWW.KARLINSKYLLC.COM |

February 17, 2022

**VIA ECF SYSTEM**

Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1960
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2022
```

> Re:   *Eric S. Brittain, et al. v. Trustees of Columbia University in the City of New York,* U.S. District Court for the Southern District of New York, 20 Civ. 9194 (PKC) (RWL)

Dear Judge Lehrburger:

We represent plaintiffs in this class action and are writing jointly with counsel for defendant Columbia University with two requests. *First*, under the Court's current orders (ECF 76, 78), counsel are to file a joint letter with the Court by February 23, 2022, concerning the status of settlement discussions. Earlier this week, the Court denied plaintiffs' motion to intervene in *In re Columbia Tuition Refund Action*, S.D.N.Y. 20-civ-9194 (JMF). *See id.*, ECF 110. Counsel for both sides now agree that such a letter would be more productive if filed a week later, on March 3, 2022. By that time, we should know how many opt outs there were (the last date to opt out is February 21, 2022), and should be able to gauge the effect that will have on our settlement discussions. *Second*, in his order referring the case to your Honor for settlement purposes, Judge Castel had stayed the action until February 18, 2022. We request an enlargement of that stay in order to accommodate both counsels' discussions and the potential settlement conference before the Court. We assumed that this request should be made to your Honor in view of the reference. If our assumption is incorrect, please advise us accordingly.

                                                          Respectfully

                                                          Martin E. Karlinsky

MEK/ks
    cc:   Counsel of Record (via ECF)

The parties shall file their status report by March 3, 2022. The stay of the case will continue through March 4, 2022.

                                                          SO ORDERED:

                                                          _____ 2/18/2022
                                                          HON. ROBERT W. LEHRBURGER
                                                          UNITED STATES MAGISTRATE JUDGE

KARLINSKY LLC

                                                                                                HE BARS OF NEW YORK,
                                                                                                ID THE DISTRICT OF COLUMBIA