UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ERIC S. BRITTAIN, ET AL.,

                Plaintiffs,              20-cv-9194 (PKC)

    -against-                        <u>ORDER</u>

TRUSTEES OF COLUMBIA UNIVERSITY IN
THE CITY OF NEW YORK,

                Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        In light of the ongoing settlement negotiations and stay of the case, the conference scheduled for April 18, 2022 is vacated.

        SO ORDERED.

                                          P. Kevin Castel
                                     United States District Judge

Dated: New York, New York
       April 18, 2022